UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY W. MOBLEY, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-0198-JWD-SDJ** |
| **UNION PACIFIC RAILROAD COMPANY, et al.** | |

### OPINION AND ORDER OF TRANSFER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 12, 2024 (Doc. 12), to which no opposition was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 8) is **DENIED.**

**IT IS FURTHER ORDERED** that that Plaintiff's claims against non-diverse Defendant the State of Louisiana, through the Department of Transportation and Development, is **DISMISSED**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Western District of Louisiana on the Court's own motion.[1]

Signed in Baton Rouge, Louisiana, on December 3, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] A court may transfer venue on its own motion. *Jarvis Christian Coll. v. Exxon Corp.*, 845 F.2d 523, 528 (5th Cir. 1988).